**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Civil No. 8:21-cv-00955-DLB<br><br><u>CLASS ACTION</u> |

**ORDER AUTHORIZING DISTRIBUTION OF**
**<u>NET SETTLEMENT FUND</u>**

WHEREAS, by its Order and Final Judgment dated February 27, 2025 (ECF 213) ("Judgment"), this Court approved the terms of the settlement set forth in the Stipulation and Agreement of Settlement dated September 12, 2024 (ECF 185-3) ("Stipulation"), including the proposed plan for allocating the Net Settlement Fund to eligible Settlement Class Members ("Plan of Allocation");

WHEREAS, this Court directed the Parties to consummate the terms of the Settlement, and the Settlement has reached its Effective Date;

WHEREAS, the Settlement provided for gross consideration of $40,000,000 in cash ("Settlement Amount"), which, pursuant to the terms of the Stipulation, was deposited into an escrow account established by Lead Counsel for the benefit of the Settlement Class;

WHEREAS, Stipulation ¶¶2.6, 2.7 provided for a Notice & Administration Account to pay the Court-approved Claims Administrator for the Settlement, Strategic Claims Services ("Strategic"), up to $500,000.00 to pay Notice & Administration Costs without Court approval;

1

WHEREAS, the Court's Amended Order Preliminarily Approving Settlement and Providing For Notice (ECF 189) ("Amended Preliminary Approval Order") ¶¶7 and 23 approved the Stipulation's approach to paying such expenses from the Notice & Administration Account;

WHEREAS, as set forth in the Court-approved class-wide notice (including ECFs 197-1, 197-3), the deadline for Settlement Class Members to submit Proof of Claim Forms to Strategic, to be potentially eligible to participate in the distribution of the Net Settlement Fund—as extended by Judgment ¶12 to February 26, 2025—has passed;

WHEREAS, Strategic has submitted the Declaration of Margery Craig Concerning the Results of the Claims Administration Process, summarizing the Strategic's work to process the claims submitted by Settlement Class Members, and such work has been completed;

WHEREAS, the Craig Declaration attests that Claimants who submitted Proof of Claim Forms on or before February 26, 2025, that were ineligible or deficient were: (i) informed that their claims were ineligible or deficient; (ii) given opportunities to correct any curable deficiencies prior to their claims being finally rejected, and (iii) given opportunities to contest Strategic's determinations, including by requesting judicial review;

WHEREAS, Lead Counsel has submitted the Declaration of Matthew L. Tuccillo Concerning Lead Counsel's additional expenses in furtherance of the Settlement, which were not previously submitted to the Court for reimbursement;

WHEREAS, at Lead Counsel's direction, pursuant to the Amended Preliminary Approval Order ¶23, Strategic's fees and expenses in administering the Settlement through June 20, 2025, in the amount of $206,497.60 have been paid, as authorized by the Court, from the Notice and Administration & Administration Account, which has not yet been fully depleted;

NOW, THEREFORE, upon consideration of: (i) the Craig Declaration; (ii) the Tuccillo Declaration; (iii) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Authorization to Distribute Net Settlement Fund; and (iv) all prior proceedings, pleadings, and matters of record, and after due deliberation it is hereby:

ORDERED that all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and the Craig Declaration;

ORDERED that Strategic's administrative determinations accepting the claims listed in Craig Declaration Exhibits B-1 and B-2 are approved, and said claims are hereby accepted;

ORDERED that Strategic's administrative determinations rejecting the claims listed in Craig Declaration Exhibits D and E are approved, and said claims are hereby rejected;

ORDERED that Lead Counsel may be awarded the sum of $5,497.82 from the Net Settlement Fund as further reimbursement of expenses incurred administering the Settlement not previously submitted to the Court;

ORDERED that Strategic may be paid additional funds from the Notice & Administration Account, not to exceed the funds remaining in the Notice & Administration Account, as further payment for the fees and expenses Strategic expects to incur in connection with the Distribution(s) of the Net Settlement Fund; and if the incurred fees and expenses for the Distribution(s) are lower than the estimate, Strategic shall promptly reimburse the Net Settlement Fund; and if the total fees and expenses incurred for the Distribution(s) are lower than the remaining balance of the Notice & Administration Account, the residual shall be added to the funds available for later Distribution(s);

ORDERED that the Distribution Plan set forth in the Craig Declaration ¶10 is approved and Strategic shall conduct the distribution of the Net Settlement Fund as set forth therein;

ORDERED that Authorized Claimants who do not cash their checks within the time allotted will forfeit all recovery from the Net Settlement Fund unless good cause is shown;

ORDERED that, in accordance with the Stipulation ¶6.7, at Lead Counsel's direction, in consultation with Strategic, additional distribution(s) shall be made of any unclaimed funds from the Net Settlement Fund to the extent feasible and economical to do so;

ORDERED that, in accordance with the Stipulation ¶6.7, at such time as Lead Counsel, in consultation with Strategic, determines that it is no longer feasible and economical to make further distributions, if any funds still remain in the Net Settlement Fund after the above-mentioned distributions, the remaining balance, after payment of any outstanding administrative expenses and taxes, if any, may be contributed *cy pres* to Maryland Legal Aid;

ORDERED that the Court finds that the administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and Plan of Allocation.  All Claimants and other Settlement Class Members, whether or not they are to receive payments from the Net Settlement Fund, are barred from making any further claims against the Net Settlement Fund or Released Parties beyond the amount allocated to them pursuant to this Order, and all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims in this Action, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from any and all claims arising out of such involvement, and all Claimants and other Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund, Plaintiffs, Lead Counsel, the Claims Administrator and its agents/employees, the Escrow Agent, or any other agent retained by Lead Plaintiffs or Lead Counsel in connection with the administration or taxation of the Settlement

Fund or distribution of the Net Settlement Fund, or any other person released under the Settlement, beyond the amounts allocated to them pursuant to the terms of this Distribution Order provided that such released persons acted in accordance with the Stipulation, the Judgment, and the Distribution Order;

ORDERED that Strategic is hereby authorized to destroy paper copies of the Proof of Claim Forms and all supporting documentation no less than one (1) year after the final Distribution of the Net Settlement Fund, and electronic copies of the Proof of Claim Forms and all supporting documentation no less than one (1) year after all funds have been distributed; and

ORDERED that the Court retains jurisdiction over any further application or matter which may arise in connection with the Settlement.

The Clerk SHALL CLOSE this case.

Dated: July 3, 2025

                                                                                          _____
THE HON. DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE